**Larry MOONEY, Respondent,**

v.

**Anita Anne DAVIS, Appellant.**

**No. WD 67360.**

Missouri Court of Appeals,
Western District.

Sept. 11, 2007.

Gina Graham, Blue Springs, MO, For Appellant.

Michael J. Svetlic, Kansas City, MO, for Respondent.

Before HOWARD, C.J., and BRECKENRIDGE and ELLIS, JJ.

### Order

PER CURIAM.

Anita Anne Davis appeals the trial court's division of marital assets. She now seeks appellate relief claiming that the trial court erroneously declared and applied RSMo section 452.330 by awarding her only 56% of the marital property where every factor favors a grossly disproportionate award in her favor.

We affirm. Rule 84.16(b).